The Hubbell, Hall & Randall Company, Appellant, v. Ida Brickman and Mariantonia V. Garofano, Respondents.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Burr, Rich and Carr, JJ., concurred.

In the Matter of Proving the Last Will and Testament of Charles S. Webb, Deceased. S. Jesse Webb and Others, as Executors, and Ernest H. Webb, as Trustee under the Last Will and Testament and Codicils of Charles S. Webb, Deceased, Appellants; Charles Sherrill Webb, Respondent.— Decree of the Surrogate's Court of Suffolk county modified by reducing the allowance to the special guardian to twenty-five dollars and disbursements, to be taxed, payable out of the estate, and as so modified affirmed, without costs. No opinion. Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred.

Henry Jackson, Appellant, v. American Flag Company and Charles Gotthelf, Respondents.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Burr, Rich and Carr, JJ., concurred.

Henry Arthur Joss, an Infant, by Lina Joss, His Guardian ad Litem, Appellant, v. H. W. Johns Manville Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Adam Lamb, Respondent, v. Henry C. Friedman. Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Burr, Thomas and Carr, JJ.

Isaac Levy, Appellant, v. The Long Island Railroad Company, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Rich and Carr, JJ., concurred.

George Lustig, Respondent, v. Edward M. Livingston, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

Julia McGowan, Appellant, v. Johanna C. Blake, Respondent.— Judgment affirmed, with costs.— No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

James McGuire, Respondent, v. John C. Sheehan and Maynard T. Corkhill, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Manasseh Miller, Respondent, v. Church Realty Company, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Burr, Thomas and Carr, JJ.

David H. Ott, Appellant, v. John McCormick, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Present — Woodward, Jenks, Burr, Rich and Carr, JJ.

Henri Pressprich, Appellant, v. Sebastian Heilman and Others, Respondents. — Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.